UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Rebecca Parker, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*                    No. 3:13-cv-10480-DRH-PMF

.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of Dismissal With Prejudice entered on June 24, 2014 (Doc. 9) and the Stipulation of Dismissal With Prejudice filed on February 13, 2015 (Doc. 10), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                    **JUSTINE FLANAGAN,**
                                    **ACTING CLERK OF COURT**

                                    **BY:** /s/*Cheryl A. Ritter*
                                    **Deputy Clerk**

Date: February 17, 2015

APPROVED: /s/ David R. Herndon

Digitally signed by David R. Herndon
Date: 2015.02.17 16:28:06 -06'00'

                                    DISTRICT JUDGE
                                    U. S. DISTRICT COURT